FILED

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0159

 ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0159

FILED

MAR 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHAD EVERETT BALL,

Defendant and Appellant.

ORDER

Representing himself, Chad Everett Ball has filed a verified Petition for an Out-of-Time Appeal, indicating that he discussed filing a timely appeal with his attorney and that his attorney failed to file an appeal for him. Ball includes the first page of the sentencing judgment with his Petition.

On August 11, 2023, the Thirteenth Judicial District Court, Yellowstone County, issued an Amended Judgment sentencing Ball after a jury found him guilty of three felonies. We secured a complete copy. The District Court imposed three, concurrent prison sentences of 100 years with seventy-five years suspended for sexual abuse of children.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Ball has recent convictions and sentences. This Court concludes that Ball is entitled to an appeal. He may be entitled to representation of counsel in this appeal. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Ball's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Chad Everett Ball. The Appellate Defender Division shall have thirty days

from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. When Ball qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Chad Everett Ball personally.

DATED this ⟍⟋ day of March, 2024.

_____

_____

_____

_____

_____
                        Justices